**UNITED STATES of America,
Appellee,**

v.

**Rashaund L. JACKSON, Appellant.**

No. 08–2018.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 23, 2009.

Filed: May 4, 2009.

---

Christopher J. Angles, The Angles Law Firm, LLC, Kansas City, MO, for appellant.

Lajuana M. Counts, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Rashaund Jackson appeals the sentence the district court[1] imposed after revoking his supervised release. Upon reviewing the record and counsel's brief, we conclude Jackson's sentence is not unreasonable. *See United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (standard of review). The sentence is within the statutory limits of 18 U.S.C. § 3583(e)(3), and the sentence resulted from the district court's consideration of appropriate factors under 18 U.S.C. § 3553(a). *See United States v. Nelson,* 453 F.3d 1004, 1006 (8th Cir.2006) (explaining an appellate court reviews a revocation sentence to determine whether the sentence is unreasonable in relation to, inter alia, the advisory Guidelines range and the § 3553(a) factors).

We affirm.

---

1. The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri.